July 7, 2016



# JUDGMENT
## The Fourteenth Court of Appeals

RICHARD FAWCETT, KEVIN ROBERTS, DARRIN PITTS, GEORGE LILLARD, CHRISTOPHER MATTHEWS, ARMANDO FLORIDO, DAVID VOKOVIC, KEN KIRKPATRICK, JAMES LEMONS, DOUGLAS HISSONG AND DANNY FULLER, SR., Appellants

NO. 14-15-00542-CV            V.

BOGDAN GROSU, Appellee

_____

This court today heard a motion for rehearing filed by appellants. We order the motion be granted, and that the court's former judgment of April 5, 2016 be vacated, set aside, and annulled. We further order this court's opinion of April 5, 2016, withdrawn.

This cause, an appeal from the judgment in favor of appellee, Bogdan Grosu, signed, June 15, 2015, was heard on the transcript of the record. We have inspected the record and find the trial court erred, in part. We therefore order that the trial court's order denying appellants' Texas Citizens Participation Act motion to dismiss appellee's claim of defamation based on allegations of racism is **REVERSED**, and we **RENDER** judgment dismissing that claim.

Additionally, we find that the portion of the trial court's order awarding appellee $1,000.00 in attorney's fees and costs is **REVERSED** and **REMANDED** for further proceedings, including but not limited to a finding on whether the motion to dismiss was frivolous or solely for purposes of delay, the reasonableness of the fees sought by appellee, as well as any request by appellants for fees.

Further, in all other respects, the trial court's order denying appellants' Texas Citizen's Participation Act motion to dismiss is **AFFIRMED**

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.